UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Mandy Lee Bahr,

Plaintiff,

vs. ORDER OF DISMISSAL

1994 Saturn Automobile, Minnesota License Number 303PHM, VIN 1G82J5572RZ205457, $398.00 Cash, International Falls Police Department, Police Officer John Decker and John Does 1 through 5,

Defendants. Civ. No. 01-61 (JRT/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

John R. Tunheim

Judge John R. Tunheim
United States District Court

DATED: March 26, 2001
At Minneapolis, Minnesota

MAR 26 2001
FILED ________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________