UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Court File No.: 01-61 (JRT/RLE)

---

Mandy Lee Bahr,

Plaintiff,

PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE

vs.

1994 Saturn automobile,
Minnesota License Number 303PHM,
VIN#1G82J5572RZ205457, $398.00 CASH,
International Falls Police Department,
Police Officers John Decker, and
John Does 1 through 5,

Defendants.

---

The undersigned attorneys hereby advise the Court that all claims of the Plaintiff Mandy Lee Bahr against John Decker, either officially or individually or otherwise, in the above-entitled cause of action are hereby dismissed.

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Mandy Lee Bahr and his attorney, Bruce Biggins, and the attorney for Defendants, that Plaintiff's entire action against John Decker, either officially or individually or otherwise, is hereby dismissed with prejudice.

Plaintiff specifically acknowledges this dismissal is voluntarily entered into and further acknowledges she has received no money or any other consideration, for entering into this dismissal from or on behalf of John Decker.

IT IS FURTHER STIPULATED that Plaintiff dismisses all claims, of any kind, asserted and not asserted arising from conducts occurring between December 3, 2000 and April 21, 2001, in the captioned matter or otherwise against all City of

FILED MAY 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

International Falls, Koochiching County and Boundary Waters Drug Task Force officers, either officially or individually. These parties also agree that no costs or disbursements or attorney's fees, including attorney's fees pursuant to 42 U.S.C. Section 1988, Minn. Stat. Section 549.21 or Minn. Stat. Sections 549.211 and 609.5314, will be sought, recovered, or paid by Plaintiff or the dismissed Defendants.

The undersigned hereby prays for an Order of the Court dismissing all claims against John Decker, either officially or individually or otherwise.

IT IS HEREBY STIPULATED AND AGREED:

I, Mandy Lee Bahr, hereby acknowledge that I have read the foregoing Stipulation, understand its terms and hereby agree to dismiss with prejudice any and all claims I have made against John Decker, either officially or individually. I, also acknowledge that I have received no moneys or other consideration from or on behalf of John Decker for entering into this Stipulation. I further understand by signing this Stipulation that I am completely dismissing all of my alleged or not alleged claims against all officers for the City of International Falls, Koochiching County and the Boundary Waters Drug Task Force in the above-captioned matter.

Dated: 4/25, 2001.

______________________
Mandy Lee Bahr
Plaintiff

**BRUCE BIGGINS & CHRISTINE CHOI, PLLP**

BY: ______________________
Bruce Biggins
MN. Atty. Reg. No. 273284
Attorney for Plaintiff
309 Third Street
International Falls, MN 56649
Tel: (218) 285-7160

Dated: 4/27, 2001.

**JARDINE, LOGAN & O'BRIEN, P.L.L.P.**

BY: ______________________________

Pierre N. Regnier
MN. Atty. Reg. No. 90232
Joseph E. Flynn
MN. Atty. Reg. No. 165712
Attorneys for Defendants
2100 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
Tel: (651) 290-7416

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties.

**IT IS HEREBY ORDERED** that all alleged claims by Plaintiff Mandy Lee Bahr against Defendant John Decker are hereby dismissed with prejudice and on their merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

DATED: May 9, 2001.

[signature]
JUDGE OF U.S. DISTRICT COURT

## JUDGMENT

PURSUANT TO THE FOREGOING STIPULATION AND ORDER, **IT IS HEREBY ORDERED AND ADJUDGED**, that the above-entitled action against Defendant John Decker be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements and attorney's fees to any party.

WITNESS THE HONORABLE JOHN R. TUNHEIM, JUDGE OF U.S. DISTRICT COURT, THIS 9TH DAY OF MAY, 2001.

BY THE COURT

FRANCIS E. DOSAL
COURT ADMINISTRATOR